**Larry P. THOMAS, Appellant,**

v.

**Terry MORRIS, Appellee.**

**No. 85–1934–EM.**

United States Court of Appeals,
Eighth Circuit.

June 24, 1987.

The petition for rehearing en banc is hereby granted. Argument will be scheduled by further order of the court. Supplemental briefs can be filed, not to exceed 15 pages, and the order of briefing shall be structured by the clerk's office.